```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 11843
    LORRAINE HAWKINS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2190

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 05/09/2008 and was confirmed 07/30/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

       The case was dismissed after confirmation 12/03/2008.
--------------------------------------------------------------------------------
    CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                     PAID             PAID
--------------------------------------------------------------------------------
    EASTERN SAVINGS BANK     CURRENT MORTG         .00               .00              .00
    EASTERN SAVINGS BANK     MORTGAGE ARRE         .00               .00              .00
    TOYOTA MOTOR CREDIT      SECURED VEHIC         .00               .00              .00
    CAVALRY PORTFOLIO SERVIC UNSECURED       NOT FILED               .00              .00
    CDA/PONTIAC              UNSECURED       NOT FILED               .00              .00
    CITY OF CHICAGO PARKING  UNSECURED         2924.48               .00              .00
    CREDIT PROTECTION        UNSECURED       NOT FILED               .00              .00
    FBCS INC                 UNSECURED       NOT FILED               .00              .00
    HARVARD COLLECTION SERVI UNSECURED       NOT FILED               .00              .00
    HARVARD COLLECTION SERVI UNSECURED       NOT FILED               .00              .00
    HARVARD COLLECTION SERVI UNSECURED       NOT FILED               .00              .00
    HARVARD COLLECTION SERVI UNSECURED       NOT FILED               .00              .00
    HARVARD COLLECTION SERVI UNSECURED       NOT FILED               .00              .00
    HARVARD COLLECTION SERVI UNSECURED       NOT FILED               .00              .00
    HARVARD COLLECTION SERVI UNSECURED       NOT FILED               .00              .00
    IC SYSTEM INC            UNSECURED          122.44               .00              .00
    NCO FINANCIAL GROUP      UNSECURED       NOT FILED               .00              .00
    RIDDLE & ASSOCITES       UNSECURED       NOT FILED               .00              .00
    US DEPT OF EDUCATION     UNSECURED       NOT FILED               .00              .00
    DENESE GEDDIN            NOTICE ONLY     NOT FILED               .00              .00
    DEREK PATRICK KNIGHT     NOTICE ONLY     NOT FILED               .00              .00
    TERESA ROGERS            NOTICE ONLY     NOT FILED               .00              .00
    ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,341.50                            1,407.60
    TOM VAUGHN               TRUSTEE                                                 122.40
    DEBTOR REFUND            REFUND                                                    .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
    TRUSTEE                  1,530.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11843 LORRAINE HAWKINS

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,407.60
TRUSTEE COMPENSATION                                               122.40
DEBTOR REFUND                                                         .00
                                           ---------------   ---------------
TOTALS                                            1,530.00          1,530.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 03/05/09                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```